**JS-6 / REMAND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JULIA MENDOZA, | Case No.: ED CV 18-2588-DMG (SPx) |
| Plaintiff, | **ORDER TO REMAND CASE BACK TO STATE COURT [13]** |
| vs. | |
| COSTCO WHOLESALE CORPORATION; COSTCO WHOLESALE MEMBERSHIP, INC.; DOES 1 to 100, | |
| Defendants. | |

Having read and considered the Joint Stipulation to remand matter back to State Court, filed by Plaintiff Julia Mendoza ("Plaintiff") on the one hand, and Defendants, Costco Wholesale Corporation and Costco Wholesale Membership, Inc., ("Defendants"), on the other hand (the "Stipulation").

**IT IS HEREBY ORDERED** that this matter be remanded forthwith to the Superior Court of California, County of Riverside, Department 07, the Honorable Randall S. Stamen. Further, Plaintiff's Motion to Remand Removed Action [Doc. # 12] is DENIED as moot. All scheduled dates and deadlines are VACATED.

DATED: February 1, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE